UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| MELISSA GINGRICH, | : | Case No. 3:10-cv-268 |
| Plaintiff, | : | Judge Timothy S. Black<br>Magistrate Judge Sharon L. Ovington |
| vs. | : | |
| DOCTOR'S CREDIT SERVICE, INC., | : | |
| Defendant. | : | |

### CONDITIONAL ORDER OF DISMISSAL

The Court having been advised by the parties that the above captioned civil action has been settled;

It is **ORDERED** that this action is hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within 30 days, move to reopen the action if settlement is not consummated.

The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

**IT IS SO ORDERED**.

Date: 9/10/2010

Timothy S. Black
United States District Judge